UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

CASE NO: _____

KRISTY SCHENK,                            :

      Plaintiff,                            :

vs.                                              :

CARNIVAL CORPORATION, a         :
foreign corporation d/b/a
CARNIVAL CRUISE LINES,             :

      Defendant.                           :
_____/

## COMPLAINT

COMES NOW the Plaintiff, KRISTY SCHENK, by and through her undersigned counsel and sues the Defendant, CARNIVAL CORPORATION, a foreign corporation d/b/a CARNIVAL CRUISE LINES, and states as follows:

1. That this is an action for damages in excess of Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interest, costs and attorney's fees.

2. That this is an action for damages which arises under *Rule 9(h)* of the Federal Rules of Civil Procedure and the Court has jurisdiction pursuant to *28 U.S.C. §1333*. Furthermore, the Defendant has designated in its ticket of passage this Court as the jurisdiction and venue of choice.

3. That at all times material, the Plaintiff, KRISTY SCHENK, was over the age of eighteen (18), a resident of the State of Minnesota, and in all material respects sui juris.

4. That at all times material, the Defendant, CARNIVAL CORPORATION, a foreign

corporation d/b/a CARNIVAL CRUISE LINES, hereinafter referred to as "CARNIVAL", is a foreign corporation with its principle place of business in Miami-Dade County, Florida..

5. That at all times material, the Defendant, CARNIVAL, was the owner and/or operator of the cruise vessel CONQUEST.

6. That on or about January 31, 2010, the Plaintiff, KRISTY SCHENK, boarded the vessel, CONQUEST, for a seven (7) day cruise.

7. That on or about February 2, 2010, the Plaintiff, KRISTY SCHENK, tripped and fell while attempting to walk down the steps in the theater on the Defendant's ship, CONQUEST.

8. That at all times pertinent, the Defendant, CARNIVAL, had a duty to use reasonable care under the circumstances, in the maintenance of the CONQUEST, for the Plaintiff, KRISTY SCHENK.

9. That at all times material, Defendant, CARNIVAL, breached its duty of care to the Plaintiff and was negligent in one or more of the following:

   (a) By failing to use appropriate lighting on the stairs in the theater, thus creating a dangerous and hazardous condition for passengers;

   (b) By failing to maintain the lighting on the stairs in the theater in a reasonably safe condition;

   (c) By failing to take remedial action to correct these dangerous conditions despite prior notice of same;

   (d) By failing to warn passengers, including the Plaintiff, Kristy Schenk, of the dangerous conditions heretofore described;

   (e) Other acts of negligence which may be revealed during discovery or trial.

10. That as a direct and proximate result of the negligence of the Defendant, CARNIVAL, the Plaintiff, KRISTY SCHENK, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment loss of earning, loss of ability to earn money and aggravation of a known or unknown previously existing condition. The losses are either permanent or continuing in nature and the Plaintiff will continue to suffer the losses in the future.

WHEREFORE, the Plaintiff, KRISTY SCHENK, demands judgment against the Defendant, CARNIVAL CORPORATION, a foreign corporation, d/b/a CARNIVAL CRUISE LINES, for compensatory damages, including pre-judgment interest, and costs, all damages allowble by law and further demands trial by jury of all issues so triable as a matter of right, as well as any further relief as this Court deems just and appropriate.

Dated _____, 2011.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
9900 S.W. 107th Avenue
Suite 101
Miami, Florida 33176
Tel.: (305) 271-8282
Fax: (305) 595-9776
E-mail: waksbar@aol.com

By: _____
JOEL M. BARNETT
FL BAR NO.: 248428

3